1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE NEGRETE,                          No.  2:21-cv-0429 CKD P

12              Plaintiff,

13        v.                                ORDER

14   JULIE DONG, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983.

18   Plaintiff requests that the court appoint counsel.  District courts lack authority to require counsel

19   to represent indigent prisoners in section 1983 cases.  Mallard v. United States Dist. Court, 490

20   U.S. 296, 298 (1989).  In exceptional circumstances, the court may request an attorney to

21   voluntarily represent such a plaintiff.  See 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d

22   1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

23   When determining whether "exceptional circumstances" exist, the court must consider plaintiff's

24   likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro

25   se in light of the complexity of the legal issues involved.  Palmer v. Valdez, 560 F.3d 965, 970

26   (9th Cir. 2009) (district court did not abuse discretion in declining to appoint counsel).  The

27   burden of demonstrating exceptional circumstances is on the plaintiff.  Id.  Circumstances

28   /////

1

common to most prisoners, such as lack of legal education and limited law library access, do not

establish exceptional circumstances that warrant a request for voluntary assistance of counsel.

Having considered the factors under <u>Palmer</u>, the court finds that plaintiff has failed to

meet his burden of demonstrating exceptional circumstances warranting the appointment of

counsel at this time.

Plaintiff has also filed a motion for an extension of time to file an amended complaint.

Good cause appearing, that request will be granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the appointment of counsel (ECF No. 10) is denied;

2. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

3. Plaintiff is granted thirty days from the date this order is served to file an amended

complaint.  Failure to file an amended complaint within 30 days will result in a recommendation

that this action be dismissed without prejudice.

Dated:  October 18, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
negr0429.31+36