UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NEGRETE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIE DONG, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-0429 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　On October 19, 2021, plaintiff was ordered to file an amended complaint within 30 days and was warned that failure to do so would result in recommendation that this action be dismissed.  Plaintiff has not filed an amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 3, 2021

                                     _/s/ Carolyn K. Delaney_
                                     CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE

1
negr0429.fta